SEALED

1  McGREGOR W. SCOTT
   United States Attorney
2  MATTHEW M. YELOVICH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America
7

FILED

MAR 28 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
     DEPUTY CLERK

8                    IN THE UNITED STATES DISTRICT COURT
9                       EASTERN DISTRICT OF CALIFORNIA
10
11 | In the Matter of the Search of      ) CASE NO. 2:18-SW-0255 EFB
12 | 211 Hebron Circle                   )
   | Sacramento, California              ) SEALING ORDER
13 |                                     )
14 |                                     )
15 |                                     )
16 |_____)

17
         Upon application of the United States of America and good cause having been shown,
18
         IT IS HEREBY ORDERED that the above-captioned case shall be filed under seal and
19
   shall not be disclosed to any person unless otherwise ordered by this Court, with the exception that a
20
   copy of the search warrant will be left at the scene of the search.
21
22 Dated: 3-28-2018
23                                              _____
                                                EDMUND F. BRENNAN
24                                              United States Magistrate Judge